Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Amos Van Etten* for petitioner. *Mr. James Emerson Carpenter* and *Mr. Samuel Park* for respondent.

---

No. 850. WEST INDIA STEAMSHIP COMPANY, PETITIONER, *v.* THE CLYDE COMMERCIAL STEAMSHIPS, LIMITED, OWNER, ETC. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles S. Haight* for petitioner. *Mr. J. Parker Kirlin* and *Mr. John M. Woolsey* for respondent.

---

No. 851. JOHN C. LYNCH, COLLECTOR OF INTERNAL REVENUE, PETITIONER, *v.* THE UNION TRUST COMPANY OF SAN FRANCISCO ET AL. May 17, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *The Attorney General* and the *Solicitor General* for petitioner. *Mr. H. T. Newcomb* for respondent. *Mr Barry Mohun,* for the Fidelity Trust Company, filed a brief as *amicus curiæ.*

---

No. 852. TANG TUN ET. AL., PETITIONERS, *v.* HARRY EDSELL, CHINESE INSPECTOR, ETC. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. James A. Kerr* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 885. THE UNITED STATES, PETITIONER, *v.* ALBERT ECKSTEIN. May 24, 1909. Petition for a writ of certiorari to